**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: JODI L. WILLIAMS          § Case No. 14-83600
                                 §
                                 §
                                 §
         Debtor(s)                §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1)  The case was filed on 12/02/2014.

2)  The plan was confirmed on 02/06/2015.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4)  The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5)  The case was converted on 01/20/2017.

6)  Number of months from filing or conversion to last payment: 25.

7)  Number of months case was pending: 26.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $4,653.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 10,400.00 | |
| Less amount refunded to debtor(s) | $ 424.88 | |
| **NET RECEIPTS** | | $ 9,975.12 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,483.26 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 728.86 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,212.12 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SPRINGER LAW FIRM | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 1,483.26 | 0.00 |
| SANTANDER CONSUMER USA, INC | Sec | 14,254.00 | 14,788.16 | 14,254.00 | 6,425.44 | 1,337.56 |
| SANTANDER CONSUMER USA, INC | Uns | 0.00 | 0.00 | 534.16 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 450.00 | 103.93 | 103.93 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 40.20 | 40.20 | 0.00 | 0.00 |
| ABM PARKING SERVICES | Uns | 1,600.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 850.25 | 2,009.10 | 2,009.10 | 0.00 | 0.00 |
| AT&T | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| AT&T WIRELESS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/TADIOLOGY CONSULT | Uns | 787.00 | NA | NA | 0.00 | 0.00 |
| BURCH DENTAL | Uns | 289.30 | NA | NA | 0.00 | 0.00 |
| CITY OF ROCKFORD PARKING | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| CMRE FIN SERV/GEORGIA | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 6,000.00 | 5,819.57 | 5,819.57 | 0.00 | 0.00 |
| COMMONWEALTH FIN SYS/ | Uns | 85.00 | NA | NA | 0.00 | 0.00 |
| CONGENITAL HEART CENTER | Uns | 48.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER RECOVER/US | Uns | 1,451.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PRO/SWEDISH AM | Uns | 5,367.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDITORS PROTECTION SVC | Uns | 278.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK LLC | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY/TMOBILE | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| EZ AUTO | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| GC SERVICES LIM PARTN/IL DEP | Uns | 157.39 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REV/ICS PAYMENT | Uns | 132.89 | NA | NA | 0.00 | 0.00 |
| THE ILLINOIS TOLLWAY | Uns | 1,100.00 | 1,139.90 | 1,139.90 | 0.00 | 0.00 |
| MIDWEST DENTAL | Uns | 103.00 | NA | NA | 0.00 | 0.00 |
| MILLER EYE CENTER LIMITED | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SVCS CO | Uns | 3,494.49 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT CORP/ | Uns | 297.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 3,000.00 | 2,647.17 | 2,647.17 | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERV/VERIZON | Uns | 761.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL BENEFIT | Uns | 991.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS OF | Uns | 148.00 | NA | NA | 0.00 | 0.00 |
| RICE AUTO SALES | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ASSOCIATED CLINICAL | Uns | 69.78 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MEMORIAL | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 1,600.00 | 1,280.52 | 1,280.52 | 0.00 | 0.00 |
| ROCKFORD MERC/RFD ASSOC | Uns | 116.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE/RFD | Uns | 435.00 | NA | NA | 0.00 | 0.00 |
| SAINT ANTHONY MEDICAL | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| SECOND LOOK, INC. | Uns | 4,924.49 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY | Uns | 6,000.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY/COMCAST | Uns | 934.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 2,073.55 | 79.97 | 79.97 | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE BANKRUPTCY TEAM | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYS/TFD ORTHO | Uns | 89.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 500.00 | 817.40 | 817.40 | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VIRTUOSO SOURCING/PENDRICK | Uns | 924.00 | NA | NA | 0.00 | 0.00 |
| WINNEBAGO COUNTY CIRCUIT | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| ZAKERON WILLIAMS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 0.00 | 1,854.74 | 1,854.74 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 14,254.00 | $ 6,425.44 | $ 1,337.56 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 14,254.00 | $ 6,425.44 | $ 1,337.56 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 103.93 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 103.93 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 16,222.73 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 2,212.12 |
| Disbursements to Creditors | $ 7,763.00 |
| **TOTAL DISBURSEMENTS:** | $ 9,975.12 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date: 02/17/2017          By: /s/ Lydia S. Meyer
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.